SHAW'S JEWELRY SHOP, INCORPORATED, Respondent, *v.* NEW YORK HERALD COMPANY, Appellant.

*Shaw's Jewelry Shop, Inc., v. N. Y. Herald Co.,* 170 App. Div. 504, affirmed.

(Submitted November 19, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, which judgment restrained and enjoined the defendant from maintaining on the westerly wall of its building a contrivance known as an automatic playograph or any similar contrivance and of stereopticon pictures, diagrams and views by means of stereopticon, moving picture machine, screen or otherwise, and awarded the plaintiff damages for alleged loss occasioned him through obstruction by crowds to the entrance to his place of business, which crowds gathered to watch the display on defendant's building  The Appellate Division affirmed so much of the judgment as awarded damages and reversed so much thereof as afforded injunctive relief.

*Robert W. Candler* and *John H. Bogardus* for appellant.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

ALMA NAHME, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Nahme v. City of New York,* 174 App. Div. 856, affirmed.

(Argued November 19, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1916, affirming a judgment in favor of

plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to keep its sidewalk free from ice. The complaint alleged that for more than seven days next preceding the accident the defendant carelessly and negligently suffered ice to accumulate on the sidewalk on the west side of Sixth avenue, near the junction of Seventeeth street and between Seventeenth and Eighteenth streets, in the borough of Manhattan, so as to become dangerous for persons passing along the same; said ice being smooth and slippery and that plaintiff slipped thereon, fell and received the injuries complained of.

*William P. Burr, Corporation Counsel (Terence Farley* of counsel), for appellant.

*Max Shlivek* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: CUDDEBACK, J.